NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CHARLES W. COCHRAN,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7026

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 09-0586, Judge Alan G. Lance, Sr.

---

## ON MOTION

---

## ORDER

Upon consideration of the appellant's motion for a 90-day extension of time, until March 7, 2011, to obtain counsel, and to file a brief,

IT IS ORDERED THAT:

The motion is granted. The appellant's brief is due March 7, 2011. No further extensions should be anticipated.

FOR THE COURT

DEC 1 4 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Charles W. Cochran
    William J. Grimaldi, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 1 4 2010

JAN HORBALY
CLERK